

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700   (973)645-2700
Newark, NJ 07102

June 17, 2010

Honorable Stanley R. Chesler
United States District Judge
United States Post Office & Courthouse
Newark, New Jersey

    Re:  Bruce Wehrle v. United States
          <u>Civil Action No. 10-625 (SRC)</u>

Dear Judge Chesler:

    I write with respect to the above-referenced collateral challenge to a sentence imposed by the Court on January 8, 2007 in <u>United States v. Bruce Wehrle</u>, Criminal No. 06-775 (SRC). The government respectfully requests that its time for filing a response to the petition be extended to July 5, 2010.

    Thank you very much for your attention to this matter.

                              Respectfully submitted,

                              PAUL J. FISHMAN
                              United States Attorney

                              /s/ L. Judson Welle

                              By: L. JUDSON WELLE
                              Assistant U.S. Attorney

cc:  Bruce Wehrle, <u>pro se</u>
     27156-050
     F.C.I. Loretto
     Federal Correctional Institution
     P.O. Box 1000
     Loretto, PA 15940

SO ORDERED:
*/s/ Stanley R. Chesler, U.S.D.J.*